UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Helder Pires Macedo

      v.                                      Case No. 26-cv-36-JL

David Wesling, et al.

## **ORDER**

Before the court is the habeas petition brought by Helder Pires Macedo challenging his ongoing ICE detention. On April 24, 2026 the court held argument on the petitioner's second motion to enforce (doc. no. 20). Based on the parties' presentations, the court orders the parties to provide the following additional information:

1. The BIA's order on remand from the First Circuit Court of Appeals in *Rosa v. Garland*, 114 F.4th 1, 22 (1st Cir. 2024) ("The BIA's decision on Rosa's application does not address the meaning of 'corroboration' under *Arreguin* or whether such corroboration exists in the record here. Accordingly, we vacate the BIA's decision as to Rosa's application for adjustment of status and remand to the BIA to consider these questions of 'corroboration' under *Arreguin*, the answers to which will elucidate whether denying Rosa discretionary relief after giving the police report substantial weight is permissible under *Arreguin*.");
2. The affidavit referenced in the petitioner's Motion for Reconsideration to Withdraw Plea and to Order a New Trial before the Boston Municipal Court (doc. no. 20-2 at 47-49);
3. A more clearly legible copy of the Boston Municipal Court's margin order on the Motion for Reconsideration (doc. no. 20-2 at 47-49); and
4. Any additional documentation counsel deem appropriate in light of the above, and in light of the issues addressed at oral argument.

Parties shall file the information, if available, by May 4, 2026.

      SO ORDERED.

                                         Joseph N. Laplante
                                         United States District Judge

Dated: April 27, 2026
Cc: Counsel of record