UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Helder Pires Macedo

v. Case No. 26-cv-36-JL-TSM

US Immigration and Customs Enforcement, Boston Field Office Acting Director

JUDGMENT

In accordance with the Orders by District Judge Joseph N. Laplante dated March 9, 2026, and October 5, 2026, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: October 21, 2026

cc: Counsel of Record